USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNIFOR, INC.,

Plaintiff,

-against-

LEE R. MARKBREIT and POLIFORM USA, INC.,

Defendants.

25-CV-09292 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

Parties in this action are Plaintiff Unifor, Inc. ("Unifor"), Defendant Lee R. Markbreit ("Markbreit"), and Defendant Poliform USA, Inc. ("Poliform"). As discussed on the record during the conference on December 16, 2025, it is hereby ORDERED that:

(1) By **December 30, 2025**, the parties file either a proposed stipulation or a status letter concerning Unifor's motion to seal (Dkt. No. 14).

(2) By **January 15, 2026**, the parties file a joint status letter regarding Unifor documents that Poliform obtained from Markbreit. If there are any remaining disputes concerning this issue, the letter should address them.

(3) Concerning Poliform's motion to strike (Dkt. No. 48) and motion to dismiss (Dkt. No. 50):

    a.  By **January 23, 2026**, Unifor file its opposition papers; and

    b.  By **February 6, 2026**, Poliform file its replies.

(4) Poliform's deadline to answer Markbreit's crossclaims is STAYED pending the Court's resolution of the motion to strike and motion to dismiss.

(5) Discovery proceed according to the parties' proposed case management plan. *See* Dkt. No. 53.

(6) This matter is referred to Judge Robyn J. Tarnofsky for a settlement conference. *See* Dkt. No. 52.

Dated: December 16, 2025
    New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge