USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/30/2026

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNIFOR, INC., | Case No. 1:25-cv-09292 |
| Plaintiff, | |
| vs. | ~~[PROPOSED]~~ **ORDER** |
| LEE R. MARKBREIT and POLIFORM USA, INC., | |
| Defendants. | |

On November 7, 2025, Plaintiff Unifor, Inc. ("Unifor") filed a Letter Motion to Seal (the "Motion"), which requested the sealing of certain exhibits filed in connection with Unifor's Motion for a Temporary Restraining Order and Preliminary Injunction (the "Exhibits"). (Dkt. No. 14). Defendant Poliform USA, Inc. ("Poliform") opposed the Motion (Dkt. No. 20) and Unifor filed a Reply (Dkt. No. 25).

On December 16, 2025, the Court ordered the parties to file either a proposed stipulation or a status letter concerning the Motion. (Dkt. No. 55). On December 19, 2025, Unifor and Poliform filed a consent stipulation (Dkt. No. 59) pursuant to which Unifor agreed to unseal Exhibits 17 and 31 to the Declaration of Davide Cremese in Support of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction (the "Cremese Declaration") (Dkt Nos. 11-17, 11-31), unseal and file a redacted version of Exhibit B to the Declaration of Michael Kunkel in Support of Plaintiff's Motion for a Restraining Order and Preliminary Injunction (Dkt. No. 13-2), unseal and file redacted versions of Cremese Declaration Exhibits 14–16, 18–21, 23, 25, and 28–30 (Dkt. Nos. 11-14–16, 11-18–21, 11-23, 11-25, and 11-28–30), which applied redactions that were agreed to by the parties, and maintain Cremese Declaration Exhibits 26, 27 and 32 (Dkt. Nos. 11-26, 11-27, and 11-32) under seal.

-1-

On January 26, 2026, Unifor filed unredacted versions of Cremese Declaration Exhibits 17 and 31, redacted versions of Cremese Declaration Exhibits 14-16, 18-21, 23, 25, and 28-30, and a redacted version of Kunkel Declaration Exhibit B.

Therefore, in accordance with the parties' consent stipulation (Dkt. No. 59), it is hereby **ORDERED** that Unifor's Motion to Seal is **GRANTED IN PART** and **DENIED IN PART**.

Date: _____          _____
New York, New York                      MARGARET M. GARNETT
                                        United States District Judge

The Proposed Order (Dkt. No. 68) is ADOPTED as an Order of the Court. The Clerk of Court is respectfully directed to terminate Dkt. No. 14.

SO ORDERED. Dated January 29, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE