UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNIFOR, INC.,

                        Plaintiff,

        -against-

LEE R. MARKBREIT and POLIFORM USA, INC.,

                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___3/23/2026___

25-CV-09292 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

        For the reasons discussed on the record at the conference on March 23, 2026, it is hereby
ORDERED that:

   • Fact discovery is EXTENDED until **June 1, 2026**; expert discovery is EXTENDED until
**July 31, 2026**; the post-fact discovery conference scheduled for May 12, 2026, is ADJOURNED
to **June 23, 2026**, at **1:00 p.m.**  The conference will take place in Courtroom 906 of the
Thurgood Marshall Courthouse.  The parties are directed to consult the Court's individual rules
regarding the filing of a joint letter or pre-motion letters.

   • By **March 25, 2026**, the parties shall agree on a schedule for all fact witness depositions.

   • By **March 27, 2026**, Unifor shall submit its settlement agreement with Mr. Markbreit to
the Court for *in camera* review.

   • By **April 7, 2026**, the parties shall complete their document productions.

   • The parties shall promptly MEET AND CONFER to discuss a plan to meet the deadlines
of this Order.  At the meet-and-confer, the parties must also discuss any proposed revisions to a
stipulation dismissing Mr. Markbreit from this action.

   • Poliform's motion to compel (Dkt. No. 77) is DENIED AS MOOT without prejudice.
Unifor's motion to extend the time to complete fact discovery (Dkt. No. 79) is GRANTED.

        The Clerk of Court is respectfully directed to terminate Dkt. Nos. 77 and 79.

Dated: March 23, 2026
        New York, New York

                                        SO ORDERED.

                                        MARGARET M. GARNETT
                                        United States District Judge