UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____4/17/2026____

UNIFOR, INC.,

                    Plaintiff,

          -against-

LEE R. MARKBREIT and POLIFORM USA, INC.,

                    Defendants.

25-CV-09292 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

The Court assumes familiarity with the facts and procedural history of this matter. On March 13, 2026, Poliform sought an order compelling Unifor to produce, *inter alia*, a settlement agreement that Unifor and Markbreit executed to resolve this case as between them (the "Settlement Agreement"). Dkt. No. 77. Unifor opposed the motion and argued the Settlement Agreement is irrelevant to the subject matter of this action and unlikely to lead to relevant evidence. *See* Dkt. No. 79. On March 23, 2026, the Court ordered Unifor to submit the Settlement Agreement for *in camera* review. Dkt. No. 83.

Having reviewed the Settlement Agreement, the Court finds it is neither relevant to the merits of the dispute between Unifor and Poliform, nor likely to lead to relevant evidence. Accordingly, for substantially the reasons set forth in Unifor's letter opposing production, Dkt. No. 79 at 2–3, the Court will not order Unifor or Markbreit to produce the Settlement Agreement to Poliform at this time. This Order is without prejudice to a renewed application should new facts arise that render the Settlement Agreement, or any of its terms, relevant.

Dated: April 17, 2026
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge